ceiver of the property of said copartnership, against the Ammann Manufacturing & Construction Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 125 App. Div. 912, 109 N. Y. Supp. 1129.

In re ELLIS. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) In the matter of the judicial settlement of the account of Robert Ellis, as executor and trustee of the last will and testament of Samuel Burden, deceased. No opinion. Motion denied, without costs, without prejudice to renewal, in case the appeal in the First Department is not prosecuted with diligence. See, also, infra.

ELLIS, Appellant, v. BURDEN et al., Respondents. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Robert Ellis, as sole surviving executor and trustee, etc., against Henry Burden and others. Finck, Embree & Cobb, for appellant. I. G. Darrin and Gillen & Weller, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 129 N. Y. Supp. 1142; supra.

ENGEL v. DOSCHER et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Louis G. Engel against Henry Doscher and others, as executors, etc., of Claus Doscher, deceased, and others.

PER CURIAM. Order, so far as appealed from, reversed, without costs, upon the ground that the court had no power to grant the additional allowance.

BURR, J., dissents, upon the ground that the record is insufficient to permit the review of the order appealed from.

ENGEL, Respondent, v. LAUER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Louis G. Engel against Barbara Lauer and others. Action No. 1. No opinion. Motion denied, without costs.

ENGEL v. LAUER et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911). Action by Louis G. Engel against Barbara Lauer and others. No opinion. Motion denied, without costs. See, also, supra.

ENTON, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Louis B. Enton against the Nassau Electric Railroad Company. No opinion. Judgment (68 Misc. Rep. 385, 124 N. Y. Supp. 555) affirmed, with costs.

EQUITABLE TRUST CO. v. MOSS. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by the Equitable Trust Company against Samuel H. Moss. No opinion. Application granted. Order signed.

EQUITABLE TRUST CO. OF NEW YORK, Appellant, v. NEWMAN, Respondent. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by the Equitable Trust Company of New York against Charles A. Newman. R. E. McLear, for appellant. L. Kauffman, for respondent. No opinion. Determination (129 N. Y. Supp. 259) reversed, with costs in this court and in the Appellate Term, and judgment of City Court affirmed, on opinion in Equitable Co. v. Taylor (2d Dept.) 131 N. Y. Supp. 475, decided October 6, 1911. Order filed. See, also, 130 N. Y. Supp. 1110.

In re ERICKSON. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) In the matter of Otto F. Erickson, an attorney and counselor at law. No opinion. Report of referee confirmed, and the said Otto F. Erickson disbarred, and his name stricken from the roll of attorneys and counselors at law. See, also, 130 N. Y. Supp. 1110.

In re ERIE R. CO. (Supreme Court, Appellate Division, Fourth Department. September 27, 1911.) In the matter of the extension and laying out of a proposed highway across the tracks and right of way of the Erie Railroad Company in the town of Dayton, Cattaraugus county, N. Y. No opinion. Motion to dismiss appeal held, to be decided with the appeal from the final order of the town superintendent, if one is made.

ERNST, Respondent, v. BORDEN'S CONDENSED MILK CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Jacob Ernst against the Borden's Condensed Milk Company. No opinion. Judgment and order unanimously affirmed, with costs.

ERNST et al. v. HOLZNER. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Mortitz L. Ernst and others against David Holzner. No opinion. Application denied, with $10 costs. Order signed. See, also, 130 N. Y. Supp. 442.

ESBACH v. LEVUSSOVE. (Supreme Court. Appellate Division, First Department. October 27, 1911.) Action by Katherine Esbach against Moses S. Levussove. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.